**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**


**PITZELE FARM CENTER LLC**                                   **PLAINTIFF**


**v.**                                   **Case No. 3:23-cv-00019**


**ISABELLA CASILLAS GUZMAN,**
**in her capacity as Commissioner of the**
**U.S. SMALL BUSINESS ADMISTRATION**                     **DEFENDANT**


**DEFENDANT'S MOTION FOR A STAY PENDING**
**RESUMPTION OF GOVERNMENT APPROPRIATIONS**

Now comes the Defendant, and for its Motion for a Stay of Proceedings, states:

The Court has inquired, by informal email, about the status of the above case, and due to the passage of time, whether the parties need to submit supplemental briefs. Because of the lapse of government appropriations effective October 1, 2025, operations of the Defendant agency, as well as other federal agencies, are very limited, and many employees have been placed on furlough. Likewise, Defendant's undersigned counsel is on furlough status. For these reasons, Defendant requests the Court to stay all further action in this case until appropriations resume and the ongoing government shutdown is ended.

WHEREFORE, Defendant U.S. Small Business Administration moves the Court for an Order granting a stay of all further proceedings until government appropriations resume.

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney

RICHARD M. PENCE, JR.(AR Bar No. 69059)
Assistant United States Attorney
Eastern District of Arkansas
425 W. Capitol Avenue, Suite 500
Little Rock, Arkansas 72201
Phone: (501) 340-2600
Fax: (501) 340-2730
Email: Richard.Pence@usdoj.gov